[No. 17044-6-III.    Division Three.    May 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WHISENHUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-8-01102-3, Linda G. Tompkins, J., entered November 6, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J. Now published at 96 Wn. App. 18.

[Nos. 17529-4-III; 17530-8-III.    Division Three.    May 20, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. LORI J. ELLSWORTH, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Asotin County, Nos. 98-1-00007-6, 98-1-00008-4, John M. Lyden, J., entered May 11, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17547-2-III.    Division Three.    May 20, 1999.]

*In the Matter of the Marriage of* EDWIN RAY HILTS, *Appellant*, and KATHLEEN ANN HILTS, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 98-3-00160-5, John E. Bridges, J., entered May 1, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17888-9-III.    Division Three.    May 20, 1999.]

*In the Matter of the Marriage of* JERRY LEE McABEE, *Appellant*, and MARY LOU McABEE, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 88-3-00826-5, Carolyn A. Brown, J., and Mike Johnston, J. Pro Tem., entered September 3 and 16, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.